# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL REINKEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-02261-TLN-EFB<br>*Assigned to Hon. Troy L. Nunley;*<br>*Referred to Magistrate Edmund F. Brennan*<br><br>**ORDER GRANTING FIRST STIPULATION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO COMPLAINT**<br><br>Initial Resp. Date:　November 20, 2017<br>New Resp. Date:　　December 20, 2017<br><br>Complaint Filed:　　October 27, 2017<br>Trial:　　　　　　　TBD |

The Court, having reviewed the stipulation of plaintiff Michael Reinken ("Plaintiff") and defendant Capital One, N.A. ("Capital One") to extend the time for Capital One to respond to Plaintiff's Complaint, and good cause having been shown, hereby GRANTS the parties' request. Capital One is ordered to file a responsive pleading to Plaintiff's Complaint on or before December 20, 2017.

**IT IS SO ORDERED.**

Dated: December 5, 2017

Troy L. Nunley
United States District Judge